Wally La Placa, Plaintiff-Appellant, v. Charles La
Placa, Defendant-Appellee.
Charles La Placa, Counter-Plaintiff-Appellee, v. Wally
La Placa, Counter-Defendant-Appellant.

Gen. No. 10,918.    (Abstract of Decision.)

Second District.

April 5, 1956.

Released for publication April 23, 1956.

Carbary & Carbary,
for appellant; George D. Carbary, Warren E. Carbary, and James
L. Wilder, of counsel; Brittain & Morgan, for appellee. Opinion
by JUSTICE CROW. Not to be published in full.